```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF RHODE ISLAND
```

Jared Pierce Sanchez

    v.                                      Case No. 25-cv-075-LM-TLSM

Brown University Health et al.

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated March 24, 2025.

                                            _____
                                            Landya B. McCafferty
                                            United States District Judge

Date: April 28, 2025

cc: Jared Pierce Sanchez, pro se