```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF RHODE ISLAND
```

Jared Pierce Sanchez

    v.                                                         Case No. 25-cv-075-LM-TLSM

Brown University Health et al.


### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated June 27, 2025.

The Motion for Leave to Appeal IFP (doc. no. 13) is denied. The Motion to Transfer the appeal to a non-conflicted Court of Appeals or to Congress (doc. no. 14) is denied as moot.

                                                    _____
                                                    Landya B. McCafferty
                                                    United States District Judge

Date: August 7, 2025


Cc: Jared Pierce Sanchez, pro se